UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MELVIN CAYETANO MIX AGUILAR,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-01612-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is denied as moot.

DATED: August 25, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE